# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CYNTHIA CINALLI AND JEFFREY PUCKETT

VERSUS

OLD REPUBLIC INSURANCE COMPANY, WORKBOX, LLC, LAKEISHIA SEPTS, GOAUTO INSURANCE COMPANY, SHERYL LANDS, AND PROGRESSIVE SECURITY INSURANCE COMPANY

NO. 2026 CW 0269

MAY 18, 2026

---

In Re: Hallmark Specialty Insurance Company, applying for supervisory writs, 18th Judicial District Court, Parish of West Baton Rouge, No. 1046807.

---

**BEFORE: McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT NOT CONSIDERED.** This writ application failed to comply with Rule 4-5(C)(6) of the Uniform Rules of Louisiana Courts of Appeal, as it failed to include a copy of the judgment.

Supplementation of this writ application and/or an application of rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before June 17, 2026, and must contain a copy of the ruling.

                    **PMc**
                    **HG**
                    **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT